IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05-CV-269-MU

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                Plaintiff, )
v. )
E & H ELECTRICAL SERVICE, INC., )
                Defendant. )

**ORDER**

THIS MATTER is before the Court on the Defendant's motion to amend the Pretrial Order and Case Management Plan in this case. The Court finds good cause for the motion and therefore the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Pretrial Order and Case Management Plan is amended as follows:

1. Discovery shall be completed by October 16, 2006.

2. Dispositive motions shall be filed by November 16, 2006.

Signed: September 1, 2006

Graham C. Mullen
United States District Judge