UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV269**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>Plaintiff, )<br>v. )<br>)<br>E&H ELECTRICAL SERVICE, INC., )<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **May 7, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: January 23, 2007

Graham C. Mullen
United States District Judge