# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Equal Employment Opportunity
Commission,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:05-cv-269

E & H Electrical Service, Inc.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 19, 2007 Order.

                          **Signed: March 20, 2007**

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court